Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Erickson, and Chuck Erickson, <br><br> Plaintiffs, <br><br> v. <br><br> Autovest, LLC, and Blatt, Hasenmiller, Leibsker & Moore, LLC, <br><br> Defendants. | No. CV15-0948-PHX-NVW <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiffs, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  July 1, 2015  .

    s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on  July 1, 2015 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William A. Kelhoffer
Blatt Hasenmiller Leibsker & Moore,
2702 N. 3rd Street, Ste 2010
Phoenix, AZ 85004-4606
Attorneys for Defendant

by  s/ Floyd W. Bybee